UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELBERT EVANS et al,<br><br>        Plaintiff,<br><br>v.<br><br>REV. JAMES ANDERSON, SR. et al,<br><br>        Defendant. | Case Number: CV09-05227 MHP<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Delbert Evans
8454 Pastori Way
Sacramento, CA 95828

James Anderson
P.O. Box 1045
Oakland, CA 94604

Lawrence Travis
24050 Azevedo Avenue
Hayward, CA 94541

Lindbergh Markham
5109 Pismo Court
Antioch, CA 94509

Dated: January 7, 2010

                                            Richard W. Wieking, Clerk
                                            By: Anthony Bowser, Deputy Clerk